UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

LUIS FILPO,

            Defendant.

**ORDER**

**25 Cr. 448 (PAE)**

PAUL A. ENGELMAYER, District Judge:

      On October 6, 2025, this Court issued a writ of habeas corpus ad prosequendum (the "Writ"), directing the wardens of the Green Haven and Clinton Correctional Facilities to release defendant Luis Filpo (NY DIN: 22R1770, NYSID # 14173714M, FBI # 905NJXCPN) into the custody of agents and task force officers of the Federal Bureau of Investigation ("FBI") and the New York City Police Department ("NYPD") so that Filpo could face prosecution on the above-captioned indictment. The Court has been informed that Filpo is refusing to leave his cell. Accordingly, in the event that Filpo refuses to comply with his production pursuant to the Writ or otherwise attempts to impede his production—including his transportation between New York State correctional facilities as necessary to effect the Writ—the Court authorizes members of the New York State Department of Corrections and Community Supervision, FBI, NYPD, and the United States Marshals Service ("USMS") to use such force as is reasonably necessary to effect the Writ and facilitate the production and transportation of Filpo to the Metropolitan Detention Center in Brooklyn, New York, or other facility designated by USMS, consistent with the Writ.

Dated:    New York, New York
             October 8, 2025

                                              *Paul A. Engelmayer*
                                      THE HONORABLE PAUL A. ENGELMAYER
                                      UNITED STATES DISTRICT JUDGE