UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA

— v. —

LUIS FILPO,

                Defendant.

------------------------------------------------------------

25 Cr. 448 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The United States Marshals Service ("the USMS") is requested to produce the above-referenced defendant ("Defendant") in the above-captioned case to **Courtroom 1305**, 40 Foley Square, New York, New York on **October 31, 2025** at **9:00 a.m.** for a conference. In the event Defendant refuses to leave the facility where he is housed, refuses to return to that facility, or refuses to comply with any rules, directives, or procedures of the USMS regarding his transportation to and from court, the USMS (and those working with the USMS) may use such force as is reasonably necessary to bring Defendant to and from court.

    The Court has been informed that Defendant is refusing to leave his cell. Given Defendant's prior refusals to comply with directives that he appear in court, if Defendant refuses to cooperate in any way with his transportation to and from court for any future court appearances, this Order will remain in force and, upon notice to the Court, the USMS (and those working with the USMS) may use such force as is reasonably necessary to bring Defendant to and from Court.

Dated:    New York, New York
            October 31, 2025

*Paul A. Engelmayer*
_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE