UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUIS FILPO,

                      Defendant.

25 Cr. 448 (PAE)

<u>SCHEDULING ORDER</u>

PAUL A. ENGELMAYER, District Judge:

        For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Any substantive motion(s) in this case shall be filed by **December 16, 2025**.

- Opposition to such motion(s) shall be filed by **January 9, 2026**.

- Replies shall be filed by **January 23, 2026**.

- The next conference in this case is scheduled for **February 20, 2026** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

- Trial in this case is scheduled for **April 6, 2026.**

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **February 20, 2026**.

SO ORDERED.

                                      *Paul A. Engelmayer*
                                 PAUL A. ENGELMAYER
                                 United States District Judge

Dated: October 31, 2025
       New York, New York