UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUIS FILPO,

Defendant.

25-CR-448 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

The Court, having accepted the defendant's plea of guilty to the Indictment at today's conference, sets the following schedule:

- The presentence report in this case is due **February 10, 2026**.

- The defense's sentencing submission is due **February 13, 2026**.

- The government's sentencing submission is due **February 18, 2026**.

- Sentencing is scheduled for **February 24, 2026**, at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 15, 2026
New York, New York